MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER, State Bar No. 154842
S. BRADLEY PERKINS, State Bar No. 257427
ANGEL T. LIN, State Bar No. 255682
One Market, Spear Street Tower
San Francisco, California 94105
Telephone:    415-442-1000
Facsimile:     415-442-1001
email: ndiller@morganlewis.com
          bperkins@morganlewis.com
          alin@morganlewis.com

Attorneys for Defendants Intel Corporation
and Fidelity Investments Institutional
Operations Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE BOLLINGER,<br><br>             Plaintiff,<br><br>      v.<br><br>INTEL CORPORATION; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC.<br><br>             Defendants. | Case No. 11-00646-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1(a), this Stipulation is made by and between Plaintiff Lee Bollinger and Defendants Intel Corporation and Fidelity Investments Institutional Operations Company, Inc., by and through their respective counsel of record, with respect to the following:

WHEREAS, Plaintiff mailed his Complaint to Defendant Intel Corporation on or after January 13, 2011, and Defendants acknowledged receipt of a copy of the summons and Complaint on February 1, 2011;

WHEREAS, Plaintiff mailed his Complaint to Defendant Fidelity Investments Institutional Operations Company, Inc. on or after January 20, 2011, and Defendants acknowledged receipt of a copy of the summons and Complaint on February 1, 2011;

WHEREAS, Defendants removed this action to this Court on February 14, 2011;

1  WHEREAS, Plaintiff and Defendants have agreed that Plaintiff will grant Defendants an
2  extension until March 21, 2011 to answer or otherwise respond to the Complaint; and
3  WHEREAS, the extension of time will not alter any event or deadline set by this Court in
4  this case;
5  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:
6  Defendants shall have until March 21, 2011 to file a response to the Complaint.
7  **IT IS SO STIPULATED.**
8  DATED: March 8, 2011        MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Nicole A. Diller
      Nicole A. Diller
      S. Bradley Perkins
Dated: March 9, 2011          Angel T. Lin

      Attorneys for Defendants,
      INTEL CORPORATION and FIDELITY
      INVESTMENTS INSTITUTIONAL
      OPERATIONS COMPANY, INC.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

LAW OFFICES OF ANTHONY D. AGPAOA

By:   /s/ Anthony D. Agpaoa
      Anthony D. Agpaoa
      Attorney for Plaintiff,
      LEE BOLLINGER

I, Nicole A. Diller, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: March 8, 2011          MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Nicole A. Diller
      Nicole A. Diller
      Attorneys for Defendants,
      INTEL CORPORATION and FIDELITY
      INVESTMENTS INSTITUTIONAL
      OPERATIONS COMPANY, INC.