MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER, State Bar No. 154842
S. BRADLEY PERKINS, State Bar No. 257427
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: 415-442-1000
Facsimile: 415-442-1001
email: ndiller@morganlewis.com
        bperkins@morganlewis.com

Attorneys for Defendants Intel Corporation
and Fidelity Investments Institutional
Operations Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE BOLLINGER,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC.<br><br>Defendants. | Case No. 11-00646-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1(a), this Stipulation is made by and between plaintiff Lee Bollinger and defendants Intel Corporation and Fidelity Investments Institutional Operations Company, Inc., by and through their respective counsel of record, with respect to the following:

WHEREAS, on March 8, 2011, the parties filed a stipulation extending the time for defendants to answer or otherwise respond to plaintiff's complaint to March 21, 2011, which the Court approved on March 10, 2011;

WHEREAS, defendants' counsel spoke with plaintiff's counsel by phone on February 2, 2011 to discuss defendants' view that the Employee Retirement Income Security Act of 1974 ("ERISA") preempts plaintiff's claims and requires plaintiff exhaust his administrative remedies prior to commencing litigation regarding his employee benefits;

WHEREAS, on February 25, 2011, defense counsel provided plaintiff's counsel the

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22323281.1

Case No. 11-00646-JCS
STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT

authorities on which defendants rely for their position, and requested that plaintiff withdraw his complaint or otherwise respond to defendants' position;

WHEREAS, on March 6 and 10, 2011, defendants' counsel contacted plaintiff's counsel regarding plaintiff's position respecting this matter;

WHEREAS, plaintiff's counsel informed defendants on March 16, 2011 that plaintiff requires additional time to respond to the issues raised by defendants;

WHEREAS, the parties seek to avoid the time and expense associated with a motion to dismiss that may prove potentially unnecessary;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

1. On or before March 31, 2011, plaintiff will provide defendants a definitive response as to whether plaintiff will dismiss the complaint, exhaust his administrative remedies under the subject employee benefit plan, or otherwise respond to defendants' position regarding ERISA preemption and ERISA's administrative exhaustion requirement; and,

2. Defendants shall have until April 20, 2011 to move to dismiss or otherwise respond to plaintiffs' complaint.

This extension of time will not alter any event or deadline set by this Court in this case.

**IT IS SO STIPULATED.**

DATED: March 18, 2011         MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Nicole A. Diller
    Nicole A. Diller
    S. Bradley Perkins
    Attorneys for Defendants,
    Intel Corporation and Fidelity Investments
    Institutional Operations Company, Inc.


LAW OFFICES OF ANTHONY D. AGPAOA


By: /s/ Anthony D. Agpaoa
    Anthony D. Agpaoa
    Attorney for Plaintiff,
    Lee Bollinger

1     I, Nicole A. Diller, am the ECF User whose ID and password are being used to file this

2 document. In compliance with General Order 45, X.B., I hereby attest that each of the signatories

3 identified above has concurred in this filing.

4 DATED: March 18, 2011           MORGAN, LEWIS & BOCKIUS LLP

5

6                               By:   /s/ Nicole A. Diller
                                      Nicole A. Diller

7                                       Attorneys for Defendants,
                                      Intel Corporation and Fidelity Investments

8                                       Institutional Operations Company, Inc.

9

10 Dated: March 21, 2011

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DB2/22323281.1                              3                         Case No. 11-00646-JCS
STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT