MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER, State Bar No. 154842
S. BRADLEY PERKINS, State Bar No. 257427
ANGEL T. LIN, State Bar No. 255682
One Market, Spear Street Tower
San Francisco, California 94105
Telephone:   415-442-1000
Facsimile:   415-442-1001
email: ndiller@morganlewis.com
          bperkins@morganlewis.com
          alin@morganlewis.com

Attorneys for Defendants Intel Corporation
and Fidelity Investments Institutional
Operations Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE BOLLINGER, | Case No. 11-00646-JCS |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS** |
| INTEL CORPORATION; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC. | |
| Defendants. | |

Plaintiff LEE BOLLLINGER and Defendants INTEL CORPORATION AND FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., by and through their counsel of record, hereby jointly stipulate and agree, pursuant to Fed. R. Civ. P. 41(a) to voluntarily dismiss without prejudice the above-captioned action.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22390860.1

Case No. 11-00646-JCS
JOINT STIPULATION OF DISMISSAL AND
[PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: April 19, 2011 | MORGAN, LEWIS & BOCKIUS LLP |

By:   /s/ Nicole A. Diller
      Nicole A. Diller
      S. Bradley Perkins

Attorneys for Defendants,
INTEL CORPORATION and FIDELITY
INVESTMENTS INSTITUTIONAL
OPERATIONS COMPANY, INC.


LAW OFFICES OF ANTHONY D. AGPAOA


By:   /s/ Anthony D. Agpaoa
      Anthony D. Agpaoa

Attorney for Plaintiff,
LEE BOLLINGER


    I, Nicole A. Diller, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified above has concurred in this filing.


DATED: April 19, 2011        MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Nicole A. Diller
      Nicole A. Diller
      Attorney for Defendants,
      INTEL CORPORATION and FIDELITY
      INVESTMENTS INSTITUTIONAL
      OPERATIONS COMPANY, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

1
2  **PURSUANT TO STIPULATION, IT SO ORDERED.**
3
4  Dated: ___May 3_____, 2011    _____
5                                           HONORABLE JOSEPH C. SPERO
6                                           UNITED STATES MAGISTRATE JUDGE

(Signed by Judge Joseph C. Spero, United States District Court, Northern District of California)